John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 807663

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-60427 | 001-0 | JULIE FERN FIVEASH<br>Original Check written to:<br>CHASE BANK USA NA<br>P O BOX 100018<br>KENNESAW, GA  30156-9204 | xxxxxxxxxxx2985 | 611.19 | 19.38 | 0.00 | 19.38 |
| 05-60472 | 015-0 | LEONARD EASON, JR<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx4375 | 760.88 | 44.18 | 0.00 | 44.18 |
| 05-60472 | 016-0 | LEONARD EASON, JR<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx1167 | 1,044.00 | 60.61 | 0.00 | 60.61 |
| 05-60474 | 009-0 | MICHAEL LYNN BROWN<br>Original Check written to:<br>BAPTIST MEDICAL CENTER<br>C/O SERVICE FINANCE CORP.<br>11900 COLONEL GLENN RD. 2100<br>LITTLE ROCK, AR  72210-2800 | xxxxxxxxxxxxxxxxxxx36OP | 2,474.33 | 99.11 | 0.00 | 99.11 |
| 05-60583 | 003-0 | THOMAS A HICKS<br>Original Check written to:<br>DISH NETWORK<br>P O BOX 6633<br>ENGLEWOOD, CO  80112 | xxxxxxxxxxx2852 | 186.69 | 54.37 | 0.00 | 54.37 |
| 06-60639 | 003-0 | ELVIS CLAYTON STIEFER<br>Original Check written to:<br>ANDERSON COUNTY<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xx3416 | 63.28 | 389.12 | 63.28 | 452.40 |
| 08-60261 | 004-0 | JOSEPH WOODSON<br>Original Check written to:<br>HOPKINS COUNTY<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX  75201- | xxxxxxxxxxxxx1-02 | 1,448.14 | 0.00 | 6.31 | 6.31 |